United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jul 23 04:19:40 EDT 2008

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| Word Mark | GATOR |
| Goods and Services | IC 012. US 019. G & S: all-terrain [ MATERIALIZED ] * MOTORIZED * CART WEIGHING UNDER SIX THOUSAND POUNDS FOR USE IN MATERIAL TRANSPORT. FIRST USE: 19920629. FIRST USE IN COMMERCE: 19920629 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74256969 |
| Filing Date | March 19, 1991 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | August 25, 1992 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 1798626 |
| Registration Date | October 12, 1993 |
| Owner | (REGISTRANT) DEERE & COMPANY CORPORATION DELAWARE One John Deere Road Moline ILLINOIS 61265 |
| Attorney of Record | MICHAEL W. MIHM |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040915. |

EXHIBIT 1

| | |
|---|---|
| Renewal | 1ST RENEWAL 20040915 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |