United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jul 23 04:19:40 EDT 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| Goods and Services | IC 012. US 019. G & S: all-terrain motorized cart for use in material transport. FIRST USE: 19920629. FIRST USE IN COMMERCE: 19920629 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 03.21.05 - Alligators; Crocodiles<br>03.21.24 - Stylized reptiles, frogs and snails<br>03.21.26 - Costumed reptiles, frogs and snails and those with human attributes |
| Serial Number | 74295682 |
| Filing Date | July 20, 1992 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 15, 1992 |
| Registration Number | 1756713 |
| Registration Date | March 9, 1993 |
| Owner | (REGISTRANT) DEERE & COMPANY CORPORATION DELAWARE One John Deere Place Moline ILLINOIS 61265 |
| Attorney of Record | John M. Nolan |
| Type of Mark | TRADEMARK |



EXHIBIT 2

| | |
|---|---|
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030507. |
| Renewal | 1ST RENEWAL 20030507 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |