United States Patent and Trademark Office

Home| Site Index| Search| FAQ| Glossary| Guides| Contacts| eBusiness| eBiz alerts| News| Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jul 23 04:19:40 EDT 2008

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

Typed Drawing

| | |
|---|---|
| Word Mark | PRO GATOR |
| Goods and Services | IC 012. US 019 021 023 031 035 044. G & S: heavy duty utility vehicles for commercial and industrial use. FIRST USE: 19991000. FIRST USE IN COMMERCE: 19991000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78058189 |
| Filing Date | April 12, 2001 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 2, 2002 |
| Registration Number | 2853350 |
| Registration Date | June 15, 2004 |
| Owner | (REGISTRANT) Deere & Company CORPORATION DELAWARE One John Deere Place Moline ILLINOIS 612658098 |
| Prior Registrations | 1798626 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

EXHIBIT 3