United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jul 23 04:19:40 EDT 2008*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# RGATOR

| | |
|---|---|
| Word Mark | RGATOR |
| Goods and Services | IC 012. US 019 021 023 031 035 044. G & S: All-terrain vehicles. FIRST USE: 20050815. FIRST USE IN COMMERCE: 20050815 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | LETS-1 R A single letter, multiples of a single letter or in combination with a design |
| Serial Number | 77238472 |
| Filing Date | July 25, 2007 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 29, 2008 |
| Registration Number | 3466044 |

EXHIBIT 4

| | |
|---|---|
| Registration Date | July 15, 2008 |
| Owner | (REGISTRANT) Deere & Company CORPORATION DELAWARE Trademark Law Group One John Deere Place Moline ILLINOIS 61265 |
| Prior Registrations | 1798626;2853350 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY