

Deere & Company World Headquarters
Patent Department
One John Deere Place, Moline, IL 61265
E-mail: EagleSuzanne@JohnDeere.com

**Suzanne Eagle**
Trademark Attorney

07 December 2006

**FILE COPY**

Gator Moto Utility Vehicles and More, LLC
58 West 9th Street
Atlantic Beach, FL 32233

Dear Sirs:

It has come to my attention that you operate a business under the name Gator Moto Utility Vehicles and More, LLC and use a graphic of an alligator to advertise utility vehicle sales. "Gator" and the alligator graphic are trademarks of Deere & Company for utility vehicles. Your uses of Deere & Company's trademarks are unauthorized and constitute trademark infringement to which we object. We must insist that you cease such uses of Deere & Company's trademarks.

Please write to advise us of your intention to comply with these requests as soon as possible. A self-addressed envelope is enclosed for your convenience. We appreciate your cooperation in this matter.

Very truly yours,

Suzanne Eagle

CERTIFIED MAIL

**EXHIBIT 5**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 12/11/06 |
| 1. Article Addressed to:<br><br>)r Moto Utility Vehicles and More, LLC<br>Vest 9th Street<br>ntic Beach, FL 32233 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0000 0324 5165 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

1116