**JOHN DEERE**

Deere & Company World Headquarters
Patent Department
One John Deere Place, Moline, IL 61265
E-mail: EagleSuzanne@JohnDeere.com

**Suzanne Eagle**
Trademark Attorney

**FILE COPY**

27 August 2007

Gator Moto Utility Vehicles & More, LLC
58 West 9th Street
Atlantic Beach, Florida 32233

**Re: Our Reference No. T1116**

Dear Sirs:

We have received no response from our letter to you dated 07 December 2006, a copy of which is enclosed.

You do not have the authority to use Deere & Company's trademarks and we insist that you cease and desist immediately. Please write me to inform me more fully of your activities. I have enclosed a self-addressed envelope for your reply.

Very truly yours,

*[signature]*

Suzanne Eagle

CERTIFIED MAIL

SE/ajl

**EXHIBIT 6**



T1119

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>OR MOTO UTILITY VEHICLES & MORE, LLC<br>EST 9TH STREET<br>ANTIC BEACH, FL 32233 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0220 0003 8422 1200 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |