UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA  22313-1451

am

Mailed:  October 31, 2008

Opposition No. 91185357

Deere & Company

v.

GatorMoto LLC


On September 16, 2008, the Board sent a notice of default to applicant because no answer had been filed.

The record shows no response thereto.

Accordingly, judgment by default is hereby entered against applicant, the opposition is sustained, and registration to applicant is refused.  See Fed. R. Civ. P. 55, and Trademark Rule 2.106(a).


*By the Trademark Trial and Appeal Board*

EXHIBIT
10